NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

RODNEY DAN MYERS, *Petitioner.*

No. 1 CA-CR 24-0058 PRPC

FILED 12-12-2024

Petition for Review from the Superior Court in Maricopa County
No. CR2013-105273-001
The Honorable Geoffrey H. Fish, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Rodney Dan Myers, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Michael S. Catlett, Judge Jennifer M. Perkins, and Vice Chief Judge Randall M. Howe delivered the decision of the Court.

**PER CURIAM**:

**¶1**      Petitioner Rodney Dan Myers seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fourth petition.

**¶2**      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**      We grant review and deny relief.

